FILED

01/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0715

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0715

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                      O R D E R

TREVOR ROBERTS,

     Defendant and Appellant,

_____

Counsel for Appellant Trevor Roberts has filed an unopposed motion for extension of time to file the transcripts in this matter. No affidavit from the court reporter was filed.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant has until February 28, 2024, to file the transcripts.

No further extensions will be granted unless an affidavit from the court reporter is filed.

The Clerk is directed to provide a copy of this Order to all counsel of record and to the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 18 2024